UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **RICHARD EUGENE WARREN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-00719-DJN ) |
| **MAHESH ADITYA, SANTANDER CONSUMER HOLDINGS, BRUCE JACKSON, ERIC LANEY, CHRISTOPHER PFIRMAN; and CHRYSLER CAPITAL,** | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS SANTANDER CONSUMER HOLDINGS AND SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Santander Consumer Holdings[1] and Santander Consumer USA Inc. dba Chrysler Capital ("Defendants") state that:

1. Santander Consumer USA Inc. is a wholly owned subsidiary of Santander Holdings USA Inc.

2. Santander Holdings USA Inc. is a wholly owned subsidiary of Banco Santander, S.A.

3. Based on public filings, Defendants are not currently aware of any 10% or greater shareholder of Banco Santander, S.A.

---

[1] It is unclear what entity Plaintiff intended to name with Santander Consumer Holdings. For the purposes of this Disclosure, Defendants assume Plaintiff is referring to Santander Holdings USA Inc.

1

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: November 28, 2023

Respectfully submitted,

**Santander Holdings USA Inc. and Santander Consumer USA Inc.**

<u>/s/ Katherine E. Lehnen</u>
Katherine E. Lehnen (VSB 92357)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-7887
Fax: (804) 698-2187
klehnen@mcguirewoods.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 28, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record. And I certify that I will mail the document by U.S. Mail to the following non-filing user:

Richard Eugene Warren
P.O. Box 1984
Midlothian, VA 23112

*Plaintiff, Pro Se*


                                               */s/ Katherine E. Lehnen*
                                               Katherine E. Lehnen

                                               *Counsel for Defendants*